Mark F. Anderson (SBN 44787)
ANDERSON, OGILVIE & BREWER LLP
235 Montgomery Street, Ste 914
San Francisco, California 94104
Telephone: (415) 651-1951
Fax: (415) 500-8300
Email: mark@aoblawyers.com

Attorneys for Plaintiffs Christina M. Sanchez and Gerardo Sanchez

**IT IS SO ORDERED**
*Judge Maxine M. Chesney*

Dated: July 1, 2013

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christina M. Sanchez and Gerardo Sanchez, <br><br> Plaintiffs, <br><br> v. <br><br> Green Tree Servicing LLC, et al, <br><br> Defendants. | Case No. 13-00973 MMC <br><br> STIPULATION FOR DISMISSAL |

Plaintiffs Christina M. Sanchez and Gerardo Sanchez ("Plaintiffs"), by counsel, and Defendants Green Tree Servicing, LLC ("Green Tree") and Experian Information Solutions, Inc. ("Experian"), (the only defendants in this action) hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiffs' cause against Green Tree and Experian may should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Dated:  June 28, 2013

/s/ *Mark F. Anderson*
Mark F. Anderson (SBN 44787)
Anderson, Ogilvie & Brewer LLP
235 Montgomery Street, Suite 914
San Francisco, CA 94104
Phone: 415.651.1951
Fax: 415.500.8300
mark@aoblawyers.com

Attorney for Plaintiffs

| | | |
|---|---|---|
| 1 | Dated: June 28, 2013. | */s/ Katherine A. Klimkowski* |
| | | Katherine A. Klimkoswski  (SBN 263099) |
| 2 | | kaklimkowski@jonesday.com |
| | | JONES DAY |
| 3 | | 3161 Michelson Drive |
| | | Suite 800 |
| 4 | | Irvine, CA 92612 |
| | | Phone: 949.851.3939 |
| 5 | | Fax: 949.553.7539 |
| 6 | | Counsel for Experian Information Solutions, Inc. |
| 7 | Dated: June 28, 2013 | |
| 8 | | */s/ Thomas N. Abbott* |
| | | Thomas N. Abbott (SBN 246122) |
| 9 | | tna@severson.com |
| | | SEVERSON & WERSON |
| 10 | | One Embarcadero Center, Suite 2600 |
| | | San Francisco, CA 94111 |
| 11 | | Phone: 415.398.3344 |
| | | Fax: 415.956.0439 |
| 12 | | |
| 13 | | Counsel for Green Tree Servicing LLC |