1  Mark F. Anderson (SBN 44787)
   ANDERSON, OGILVIE & BREWER LLP
2  235 Montgomery Street, Ste 914
   San Francisco, California 94104
3  Telephone: (415) 651-1951
   Fax: (415) 500-8300
4  Email: mark@aoblawyers.com

5  Attorneys for Plaintiffs Christina M. Sanchez and Gerardo Sanchez

*IT IS SO ORDERED*
*Judge Maxine M. Chesney*

Dated: July 1, 2013

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christina M. Sanchez and Gerardo Sanchez, | Case No. 13-00973 MMC |
| Plaintiffs, | |
| v. | STIPULATION FOR DISMISSAL |
| Green Tree Servicing LLC, et al, | |
| Defendants. | |

Plaintiffs Christina M. Sanchez and Gerardo Sanchez ("Plaintiffs"), by counsel, and Defendants Green Tree Servicing, LLC ("Green Tree") and Experian Information Solutions, Inc. ("Experian"), (the only defendants in this action) hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiffs' cause against Green Tree and Experian may should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Dated:  June 28, 2013

/s/ *Mark F. Anderson*
Mark F. Anderson (SBN 44787)
Anderson, Ogilvie & Brewer LLP
235 Montgomery Street, Suite 914
San Francisco, CA 94104
Phone: 415.651.1951
Fax: 415.500.8300
mark@aoblawyers.com

Attorney for Plaintiffs

Stipulation for Dismissal, Sanchez v Green Tree, No C 13-00973 MMC

1

Dated: June 28, 2013.

*/s/ Katherine A. Klimkowski*
Katherine A. Klimkoswski  (SBN 263099)
kaklimkowski@jonesday.com
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA 92612
Phone: 949.851.3939
Fax: 949.553.7539

Counsel for Experian Information Solutions, Inc.

Dated: June 28, 2013

*/s/ Thomas N. Abbott*
Thomas N. Abbott (SBN 246122)
tna@severson.com
SEVERSON & WERSON
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Phone: 415.398.3344
Fax: 415.956.0439

Counsel for Green Tree Servicing LLC